**Entered on Docket
June 30, 2010**

Hon. Michael S. McManus
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Comapny, as Trustee for holders of IMPAC Secured Assets Corp.,
Mortgage Pass-Through Certificates, Series 2004-3
10-72419

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-52074-gwz |
|---|---|
| Dennis W. Fitzpatrick and Suzanne O. Fitzpatrick | Date:<br>Time: |
|  | Chapter 13 |
| Debtors |  |

## ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings ~~has~~ has expired / as to the debtors but not the estate for all purposes as to Secured Creditor Deutsche Bank National Trust Comapny, as Trustee for holders of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2004-3, its assignees and/or successors in interest, of the subject property, generally described as 550 West Plumb Lane Unite 447, Reno, NV 89509, and legally described as follows:

All that real property situated in the County of Washoe, State of Nevada, bounded and described as follows:
PARCEL 1:
Beginning at the Northwesterly corner of Lot 4 in Block A, WEST ROSE PARK SUBDIVISION NO. I, filed for record with the County Recorder of Washoe County, State of Nevada on the 15th day of November, 1956; thence South 33°40'04" East along the Westerly line of said Lot 4,14.41 feet; thence North 89°58'00" East 32.74 feet; thence North 71°45'01" East 99.12 feet to a point on the North line of said Block A; thence along said North line South 83°53'38" West 94.67 feet; thence South 8.97 feet; thence South 89°58'00" West 40.73 feet to the point of beginning.
PARCEL 2:
Beginning at the Southeast corner of the COUNTRY CLUB HEIGHTS, Washoe County, Nevada, according to the official map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada on May 14, 1936; thence North 188.76 feet, more or less, along the Easterly property line of Lois 42, 41, 40 and 39 of the COUNTRY CLUB HEIGHTS SUBDIVISION to an iron pipe with a lead plug and the copper marker R.E. 345; being the Southwest corner of the Phillips property; thence North 89°47' East along the South line of said Phillips property 136.42 feet to an iron pipe with a lead plug and a copper marker, R. E. 345; thence South 7°22'45" West 171.84 feet to a point; thence South 83°53'38" West 94.67 feet to a point; thence South 8.97 feet to a point; thence South 89°58' West 64.35 feet to said point of beginning.

///

///

///

///

///

PARCEL 3:
A non-exclusive easement for ingress and egress and incidental purposes upon the terms and conditions contained in an instrument recorded December 12, 1989 as Document No. 1368209 of Official Records. The above metes and bounds description appeared previously in that certain document recorded December 15, 1993 as Document No. 1743471 of Official Records.

IT IS SO ORDERED.

Dated this __29__ day of __June__ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: __/s/Gregory L. Wilde, Esq__
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Daniel Bonneville
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
William Van Meter
Chapter 13 Trustee